**IN THE**
**TEXAS COURT OF CRIMINAL APPEALS**

KEVIN DEAN DUNN,
Petitioner,

vs.                                                                 No.   PD-1012-15

THE STATE OF TEXAS,
Respondent

**MOTION TO EXTEND TIME TO FILE PETITION FOR**
**DISCRETIONARY REVIEW PAST DEADLINE**

MAY IT PLEASE THE COURT:       Comes now Petitioner Kevin Dunn, by and through his counsel Dan Wyde, and by this motion, pursuant to Texas Rules of Appellate Procedure Rule 68.2(c), seeks the Court's leave to file his petitioner for discretionary review out of time, in support of which, petitioner shows the following:

1)      Appellant Petitioner Kevin Dunn appealed his conviction for driving while intoxicated the Second Court of Appeals of Texas, Fort Worth.  The Fort Worth Court of Appeals returned it's decision affirming the trial court conviction on May 21, 2015.  Petitioner filed a motion for en banc reconsideration, which was denied by the Court of Appeals on July 16, 2015.  Petitioner's deadline to file a Petition for Discretionary Review to the Court of Criminal Appeals was August 15, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

September 1, 2015

ABEL ACOSTA, CLERK

2)      On August 10, 2015, Petitioner filed his Petition for Discretionary Review by efiling with the Court.  On August 11, 2015, the Court rejected the petition and returned it to Petitioner, due to the petition not conforming to the requirement of the Texas Rules of Appellate Procedure, in that there was no identification of the parties, with the deadline for filing extended until August 24, 2015.

3)      On August 28, 2015, Petitioner refiled his amended Petition for Discretionary review.  The Texas Court of Criminal Appeals rejected the refiling of the petition due to the elapsed deadline.

4)      Petitioner has not yet sought a previous extension from the Court of Criminal Appeals for the deadline of the filing of the Petition for Discretionary Review, nor has the Court granted a previous deadline extension.

5)      Petitioner respectfully requests the Court of Criminal Appeals to grant an extension of the deadline for the filing of the Petition for Discretionary Review of 10 days from the date it receives this pleading, which should allow sufficient time for the Court to review the attached Petition for Discretionary Review, return it to petitioner in the event that it finds it to be defective, and for the petition to correct any defects and return it to the Court.

WHEREFORE Petitioner hereby PRAYS that this Honorable Court GRANT Petitioner's Motion to Extend Time to File Petition for Discretionary Review, and extend the deadline for the filing of the Petition to 10 days from the date the Court receives this pleading.

Respectfully Submitted

*/S/ Dan Wyde*

_____

WYDE & ASSOCIATES, L.L.C.
Dan L. Wyde
SBN 22095500
10100 N. Central Expressway,
Suite 590
Dallas, Texas 75231
Tel 214-521-9100
Fax 214-521-9130
wydelaw@gmail.com

PETITIONER